07MJ 923

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

STEVEN NEWMAN,

DEFENDANT.

WARRANT FOR ARREST

CASE NUMBER:

F I L E D
OCT 1 9 2007
CLERK, U.S. D...
ALEXANDRIA, V...

TO: SPECIAL AGENT MICHAEL RYAN, Federal Bureau of Investigation, and any Authorized United States Official.

YOU ARE HEREBY COMMANDED to arrest _____STEVEN NEWMAN_____
Name

and bring him forthwith to the nearest magistrate to answer an

X Indictment     Information     Complaint     Order of Court     Violation Notice     Probation Violation Petition

charging him with (brief description of offense)

In or about and between 2001 and 2005, conspiring to commit securities fraud and committing securities fraud in connection with securities of Xybernaut Corporation; and conspiring to commit money laundering in furtherance of, and to conceal, the securities fraud.

In violation of Titles __15 and 18__   United States Code, Section(s) 78j(b) and 78ff (Title 15); 371, 1956(a) and 1956(h) (Title 18)

HON. RAMON REYES, JR.
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U. S. MAGISTRATE JUDGE
Title of Issuing Officer

August 15, 2007     BROOKLYN, NY
Date and Location

Bail fixed at $ _____     By _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  FBI, 7759 Leesburg Pike #200 Falls Church, Va. 22043

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/19/07 | SA John C. Cotten | SA [signature] |